**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  2:20-mj-591 |
| | : | **MAGISTRATE JUDGE DEAVERS** |
| v. | : | |
| | : | |
| **JOVANNI AGUIAR VIERA** | : | |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

Now comes the United States, by and through its counsel, Assistant United States Attorney Michael J. Hunter, for the Southern District of Ohio, and respectfully requests that the Complaint and Arrest Warrant in the above-entitled cause be sealed as the United States is apprehensive that the defendant may flee the jurisdiction or that evidence may possibly be destroyed if anyone becomes aware of the existence of said Complaint.

WHEREFORE, the government respectfully requests that the Complaint and Warrant in this cause be sealed.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Fax: (614) 469-5653
Michael.Hunter@usdoj.gov